# Exhibit A

Bill of Costs
Copies of Applicable Invoices, Receipts, and Disbursement Instruments

iMatter, *et al* v. John Njord, *et al.*

Alex Mateus/Positive Change v. John Njord, *et al.*

Case Nos. 2:11-CV394 RJS / 2:11-CV-910 RJS (Consolidated)

**UTAH CIVIL RIGHTS & LIBERTIES FOUNDATION INC**
214 EAST 500 SOUTH
SALT LAKE CITY, UT 84111-3204

323

97-10/1243
12

4/3/2012

Date

Pay to the
Order of___DEPOMAX MERIT=_____ $ 603:20

Six hundred three and 20/100-------------------------------- Dollars

**BANK of UTAH**
BANKING · TRUST · INVESTMENTS · HOME LOANS
SEVENTH SOUTH BRANCH (801) 532-7111

For___Inv. 152011 & 152020

MP

# INVOICE



**DEPOMAXMERIT**
LITIGATION SERVICES
800-337-6629   801-328-1188

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152020 | 3/23/2012 | 87852 |
| **Job Date** | **Case No.** | |
| 3/12/2012 | 2:11CV00394 | |
| **Case Name** | | |
| iMatter Utah v. Njord | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Brian M. Barnard
UTAH LEGAL CLINIC
214 East 500 South
Salt Lake City, UT  84111-3204

---

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Eric Ethington | 120.30 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Sara Ma | 217.65 |
| **TOTAL DUE >>>** | **$337.95** |

We accept Visa, Mastercard, Discover and American Express.

Payment not received within 30 days of date billed will result in an additional charge of 1.5% per month.

---

**Tax ID:** 87-0623280

Phone: 801-328-9531   Fax:

*Please detach bottom portion and return with payment.*

# ₁NVOICE



800-337-6629   801-328-1188

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152011 | 3/23/2012 | 88100 |
| **Job Date** | **Case No.** | |
| 3/16/2012 | 2:11CV00394 | |
| **Case Name** | | |
| iMatter Utah v. Njord | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Stewart Gollan
UTAH LEGAL CLINIC
214 East 500 South
Salt Lake City, UT  84111-3204

1 CERTIFIED COPY OF TRANSCRIPT OF:

Ryan Pleune                                                                                                    265.25

TOTAL DUE  >>>                      **$265.25**

We accept Visa, Mastercard, Discover and American Express.

Payment not received within 30 days of date billed will result in an additional charge of 1.5% per month.

**Tax ID:** 87-0623280                                                    Phone: 801-328-9531    Fax:

*Please detach bottom portion and return with payment.*

**UTAH CIVIL RIGHTS & LIBERTIES FOUNDATION INC**
214 EAST 500 SOUTH
SALT LAKE CITY, UT 84111-3204

333

97-10/1243
12

4/30/2012
Date

Pay to the
Order of    DepoMaxMerit Litigation Services            $ 291.15

Two hundred ninety-one and 15/100----------- Dollars

Security
Features
Details on
Back

**BANK of UTAH**
BANKING · TRUST · INVESTMENTS · HOME LOANS
SEVENTH SOUTH BRANCH (801) 532-7111

For   Utterback Deposition

MP

# I N V O I C E



**DEPOMAXMERIT**
LITIGATION SERVICES
800-337-6629   801-328-1188

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152555 | 4/25/2012 | 88466 |
| **Job Date** | **Case No.** | |
| 4/13/2012 | 2:11CV00394 | |
| **Case Name** | | |
| iMatter Utah v. Njord | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Brian M. Barnard
UTAH LEGAL CLINIC
214 East 500 South
Salt Lake City, UT  84111-3204

1 CERTIFIED COPY OF TRANSCRIPT OF:
 Prof. Andrew Utterback                                                        291.15

                                                  TOTAL DUE >>>        $291.15

We accept Visa, Mastercard, Discover and American Express.

Payment not received within 30 days of date billed will result in an additional charge of 1.5% per month.

**Tax ID:** 87-0623280                                        Phone: 801-328-9531   Fax:

UTAH LEGAL CLINIC FOU   DATION INC.                    U.S. BANK   ONAL ASSOCIATION              19498
214 EAST FIFTH SOUTH STREET                                       215/1243
SALT LAKE CITY, UT 84111-3204
(801) 328-9531                                                                          5/22/2012

PAY TO THE
ORDER OF  ___ DEPOMAXMERIT LITIGATION SERVICES _____  $  **95.55

Ninety-Five and 55/100************************************************************************************ DOLLARS

DEPOMAXMERIT LITIGATION SERVICES

MEMO
INV. #152937

⑈019498⑈

---

UTAH LEGAL CLINIC FOUNDATION INC.                                                          19498

DEPOMAXMERIT LITIGATION SERVICES                            5/22/2012
7190 · OUTSIDE SERVICES          POSITIVE CHANGE DEPO (ALEX MATEUS)                         95.55

BIG BLUE-US BANK    INV. #152937                                                           95.55

UTAH LEGAL CLINIC FOUNDATION INC.                                                          19498

DEPOMAXMERIT LITIGATION SERVICES                            5/22/2012
7190 · OUTSIDE SERVICES          POSITIVE CHANGE DEPO (ALEX MATEUS)                         95.55

BIG BLUE-US BANK    INV. #152937                                                           95.55

# INVOICE



## DepomaxMerit
### LITIGATION SERVICES
800-337-6629   801-328-1188

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152937 | 5/16/2012 | 89031 |
| **Job Date** | **Case No.** | |
| 5/14/2012 | 2:11CV00394 | |
| **Case Name** | | |
| iMatter Utah v. Njord | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Brian M. Barnard
UTAH LEGAL CLINIC
214 East 500 South
Salt Lake City, UT  84111-3204

1 CERTIFIED COPY OF TRANSCRIPT OF:

Alex Mateus                                                                             95.55

                                                    **TOTAL DUE  >>>**              **$95.55**

We accept Visa, Mastercard, Discover and American Express.

Payment not received within 30 days of date billed will result in an additional charge of 1.5% per month.

Tax ID: 87-0623280                                                    Phone: 801-328-0531    Fax: